IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 16–0267-CCB |
| | : | |
| DONTRAY JOHNSON | : | |
| | : | |
| Defendant | : | |

___

### MOTION TO SUPPRESS EVIDENCE SEIZED ON OCTOBER 3 AND 4, 2015

Comes now the Defendant, Dontray Johnson, by and through his attorneys, Michael E. Lawlor, and Nicholas G. Madiou, Lawlor & Englert, LLC, and pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure and respectfully moves to suppress all evidence seized from the Defendant on or about October 3 and 4, 2015. In support of this Motion, counsel states the following:

1.  Mr. Johnson is charged in a 24 co-defendant indictment with participation in a racketeering conspiracy, in violation of 18 U.S.C. § 1962(d), conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846, distribution and possession with the intent to distribute narcotics, in 21 U.S.C. § 841, possession of a firearm and ammunition by a felon, in violation of 18 U.S.C. § 922(g), and possession and discharge of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2. Discovery and information provided by the Government indicates that law enforcement seized evidence from the Defendant and a vehicle the Defendant was driving on or about October 3 and 4, 2015.

3. The search of the Defendant was conducted without the issuance of a valid warrant and was not supported by probable cause. As such the search and seizure of the Defendant and his vehicle violated the rights of this Defendant to be protected against unreasonable searches and seizures of his property and person.

4. No reasonable or articulable suspicion existed for officers to believe that the Defendant was armed and/or dangerous at the time of the stop, pat-down, and/or search of the Defendant. Terry v. Ohio, 392 U.S. 1 (1968).

5. Even if the stop of Mr. Johnson was permissible, the length of his detention exceeded its lawful purpose.

6. The seizure of any and all items from the Defendant's person or his vehicle was in violation of the Fourth Amendment to the United States Constitution.

7. The search of the Defendant's person and vehicle were conducted without a warrant, and without valid consent, in violation of the Fourth Amendment to the United States Constitution.

8.      Any admission of ownership by this Defendant of any contents seized either from the subject vehicle or the Defendant's person was the product of an illegal search and seizure and accordingly should be suppressed. Wong Sun v. United States, 371 U.S. 471 (1963).

WHEREFORE, for the reasons set forth above, and those reasons that may be presented at a hearing on this motion, the Defendant respectfully requests that this Honorable Court grant this Motion and suppress all evidence obtained as a result of the search and seizure of his person and vehicle on or about October 3 and 4, 2015.

          Respectfully submitted,

          s/_____
          Michael E. Lawlor
          Nicholas G. Madiou
          Lawlor & Englert, LLC
          6305 Ivy Lane
          Suite 608
          Greenbelt, Maryland  20770
          301.474.3404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2017, a copy of the foregoing Motion was sent to the United States Attorney's Office for the District of Maryland, via ECF.

>                             s/_____
>                             Michael E. Lawlor