# BRENNAN MCKENNA
# & LAWLOR, CHARTERED



6305 IVY LANE, SUITE 700
GREENBELT, MARYLAND 20770
TELEPHONE (301) 474-0044
FAX (301) 474-5730

MICHAEL E, LAWLOR, ESQ., PARTNER
mlawlor@verizon.net

May 30, 2018

Honorable Catherine C. Blake
United States District Court
101 N. Lombard Street
Baltimore, MD 21202

    Re: *United States v. Dontray Johnson*, 16-267-CCB

Dear Judge Blake:

    Please accept this late filing regarding the status of the motions filed by Dontray Johnson pursuant to your request. At this time, the undersigned agrees with the Government's view of which motions filed by Johnson require the taking of evidence, and which motions require argument only. To summarize, the following motions are listed below:

<u>Motions Requiring Evidence</u>

    Motion to Suppress Statements on July 31, 2015 (ECF No. 489)

<u>Motions Not Requiring Evidence</u>

    Motion to Suppress Fruits of Search Warrant Executed at 4 Wyegate Court on July 31, 2015 (ECF No. 487)

    Motion to Suppress Recorded Jail Visit on September 29, 2015 (ECF No. 488)

    Motion to Suppress Evidence Recovered on October 3 and October 4, 2015 (ECF No. 486)

    Motion to Adopt Motions of Other Defendants (ECF No. 490)

    Motion for Leave to File Additional Motions (ECF No. 491)

Thank you for your consideration.

> Very truly yours,
>
> *Michael E. Lawlor*
>
> Michael E. Lawlor