IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Civil No.    CCB-19-2973 |
| v. | * | Criminal No. CCB-16-0267 |
| | * | |
| | * | |
| DANTE D. BAILEY, et al. | * | |
| | * | |
| | * | |

**ORDER**

On October 10, 2019, Dontray Johnson filed a motion under 28 U.S.C. § 2255 seeking to vacate his conviction. The government filed an opposition on July 2, 2020. Johnson requested and received an extension of time to reply. On August 3, 2020, he filed a request to withdraw his 2255 petition. Accordingly, it is hereby ORDERED that:

1. The request to withdraw (ECF 1540) is GRANTED;

2. The motion to vacate (ECF 1299) is DISMISSED;

3. The Clerk shall CLOSE Civil Action No. CCB-19-2973; and

4. The Clerk shall SEND a copy of this Order to Johnson and to counsel of record.

11/23/2020
Date

/s/
Catherine C. Blake
United States District Judge